An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CURTIS L. DOYLE,
Appellant,
vs.
GLENN GERDES; AND PENNY
GERDES,
Respondents.

No. 65079

**FILED**

MAY 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court's oral ruling granting a motion to set aside a previous district court order. But no appeal may be taken, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Only a written, file-stamped decision has any effect, and thus, only a written decision may be appealed. *Id.* Accordingly we,

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____

[1]In light of this order, we deny as moot all requests for relief pending in this matter.

cc:    Hon. Gayle Nathan, District Judge
Curtis L. Doyle
Roberts Stoffel Family Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A